| | | |
|---|---|---|
| **ARNOLD ABRAHAM, an individual,** *and on behalf of all others similarly situated* | * | |
| | * | **IN THE** |
| **Plaintiff** | * | **UNITED STATES DISTRICT COURT** |
| **v.** | * | **FOR THE** |
| **J.J.F. MANAGEMENT SERVICES,** *INC. d/b/a* **FITZGERALD AUTO MALLS** | * | **DISTRICT OF MARYLAND** |
| | * | **Civil Action No. 8:25-cv-01892-PX** |
| **Defendant** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF RELATED MATTERS

Pursuant to the District of Maryland Local Rule 103, J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls ("Defendant"), by and through its counsel, Jessica P. Butkera and Cipriani & Werner, P.C., hereby files this Notice of Related Matters:

1. *Christopher Amrine, individually and on behalf of all others similarly situated v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, Case No. 8:25-cv-1377-PX, pending in the United States District Court for the District of Maryland.

2. *Alex Norwood, on behalf of himself and all others similarly situated v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, Case No. 8:25-cv-1399-PX, pending in the United States District Court for the District of Maryland.

3. *Kipen Henry, on behalf of himself and on behalf of all other similarly situated individuals v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, Case No. 8:25-cv-1448-PX, pending in the United States District Court for the District of Maryland.

4. *Phillip Lamb, individually and on behalf of all others similarly situated v. J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*, Case No. 8:25-cv-01508-PX, pending in the United States District Court for the District of Maryland.

Respectfully submitted,

/s/ Jessica P. Butkera
Jessica P. Butkera (Federal Bar No.: 29875)
Cipriani & Werner, P.C.
6411 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
410-420-0700
jbutkera@c-wlaw.com
*Attorneys for Defendant J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2025, a copy of the foregoing was filed and served by electronic submissions via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland.

/s/ Jessica P. Butkera
Jessica P. Butkera (Federal Bar No.: 29875)