| | | |
|---|---|---|
| ARNOLD ABRAHAM, an individual, *and on behalf of all others similarly situated* | * | |
| | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR THE |
| J.J.F. MANAGEMENT SERVICES, INC. *d/b/a* FITZGERALD AUTO MALLS | * | DISTRICT OF MARYLAND |
| | * | Civil Action No. 8:25-cv-01892-PX |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls Signature Performance, Inc.'s, Unopposed Motion for Extension of Time to File a Response to Plaintiff's Class Action Complaint, it is this \_\_\_23rd\_\_\_ day of \_\_\_June\_\_\_, 2025 hereby

**ORDERED**, that Defendant, J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls Signature Performance, Inc.'s, Unopposed Motion for Extension of Time to File a Response to Plaintiff's Class Action Complaint is GRANTED; and it is

**ORDERED,** that Defendant, J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls Signature Performance, Inc., shall file a Response to Plaintiff's Class Action Complaint on or before July 21, 2025.

Dated: \_\_\_6/23/25\_\_\_                    \_\_\_\_/S/\_\_\_\_
                                            Paula Xinis
                                            United States District Court