| | |
|---|---|
| **ARNOLD ABRAHAM, an individual,** *and on behalf of all others similarly situated* | * |
| | *    IN THE |
|     **Plaintiff** | *    UNITED STATES DISTRICT COURT |
| **v.** | *    FOR THE |
| **J.J.F. MANAGEMENT SERVICES, INC.** *d/b/a* **FITZGERALD AUTO MALLS** | *    DISTRICT OF MARYLAND |
| | *    Civil Action No. 8:25-cv-01892-PX |
|     **Defendant** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the parties' Stipulation to Extend Time for Defendant to Respond to Plaintiff's Class Action Complaint, and for good cause shown, it is hereby:

**ORDERED** that the Stipulation is GRANTED; and it is further

**ORDERED** that Defendant shall have up to and including **November 18, 2025**, to file its responsive pleading to Plaintiff's Class Action Complaint.

**SO ORDERED.**

Dated: 9/19/25

                                                                    /S/
                                                     Paula Xinis
                                                     United States District Judge