# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

|  |  |
|---|---|
| ARNOLD ABRAHAM | : |
| | : |
| v. | :   Case No. 8:25-cv-01892-PX |
| | : |
| J.J.F. MANAGEMENT SERVICES | : |
| | : |

## STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

The Parties, Defendant, J.J.F. Management Services, Inc. d/b/a Fitzgerald Auto Malls ("J.J.F."), by and through its Counsel, Cipriani & Werner, P.C., and Plaintiff, Arnold Abraham ("Plaintiff"), by and through his Counsel, Eric Menhart, Esq., hereby stipulate that J.J.F.'s deadline to respond to Plaintiff's Motion to Compel shall be extended by two weeks, up to and through June 5, 2026, for good cause shown, and in support thereof states as follows:

1. On June 11, 2025, this putative class action was removed by J.J.F. from Maryland state court to this Honorable Court pursuant to the Class Action Fairness Act. ECF No. 1.

2. On January 15, 2026, Plaintiff, Arnold Abraham ("Plaintiff") propounded jurisdictional interrogatories and requests for production after this Court allowed limited jurisdictional discovery. ECF No. 21.

3. On February 13, 2026, J.J.F. responded to Plaintiff's discovery requests.

4. On April 24, 2026, Plaintiff filed and served a Motion to Compel Discovery against J.J.F. ECF No. 32.

5. On April 30, 2026, and May 1, 2026, Counsel for the parties corresponded regarding an

1

extension of J.J.F.'s deadline to respond to the Motion to Compel in order to accommodate the recent departure of J.J.F.'s previous counsel of record in this case and the ongoing complexities surrounding possession of the information underlying Plaintiff's requests.

6. The Parties agreed to a two-week extension of J.J.F.'s deadline to respond up to and including May 22, 2026.

7. On May 7, 2026, the Parties filed a Stipulation to Extend the Deadline to Respond to Plaintiff's Motion to Compel, and the Court issued an Order approving the Stipulation and extending J.J.F.'s deadline to May 22, 2026, on the same date. ECF Nos. 33 ad 34.

8. Thereafter, the Parties corresponded regarding a second extension of J.J.F.'s deadline to respond, up to any including June 5, 2026.

9. This additional modest extension will not cause undue delay to these proceedings or prejudice any party.

DATED: May 22, 2026

**Plaintiff,**
**By his Attorneys,**

**Defendant,**
**By its Attorneys,**

/s/ Eric Menhart
Eric Menhart, Esq.
Lexero Law
80 M St SE, Ste 100,
Washington, DC 20003
Phone: 855-453-9376
Eric.menhart@lexero.com

/s/ Jill H. Fertel
Jill H. Fertel
Cipriani & Werner, P.C.
Three Valley Square, Suite 305
512 E. Township Line Road
Blue Bell, PA 19422
(610) 567-0700
jfertel@c-wlaw.com

2